UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ELIJAH G. THOMAS,**

    Plaintiff,

    -vs-                      Case No. 15-CV-348

**BRANDEE MORRIS, RYAN WALDINSCHMIDT,
MARY STEBURG, DONNA HARRIS, and
ERIC GROSS,**

    Defendants.

---

## DECISION AND ORDER

On June 20, 2016, the Court ordered that this action would be dismissed effective July 15, 2016, unless the plaintiff responded to the defendants' motions for summary judgment, or established just cause for his failure to do so. The plaintiff has not filed any response to the Court's order and he has not responded to the defendants' motions.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 21st day of July, 2016.

                                      **BY THE COURT:**

                                      s/ *William C. Griesbach*
                                      for **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**